

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 8, 2020

**BY ECF/ EMAIL**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Marcelino Hernandez*, 18 Cr. 155 (AJN)

Dear Judge Nathan:

SO ORDERED.

    The Government respectfully submits this letter to request that the Court authorize the Southern District Reporters to email the Government a copy of the change of plea transcript in the above-captioned case, dated December 19, 2018.[1] The Government will then be able to provide the transcript to Probation for purposes of preparing the PSR in this case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: /s/_____
Nicholas Folly
Assistant United States Attorney
(212) 637-1060

*[signature]* 5/11/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

cc: Susan Marcus, Esq. (ECF)

---

[1] The transcript is currently under seal and the Southern District Reporters therefore requires Court authorization in order to email the transcript.