USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Marcelino Hernandez.

Defendant.

18-cr-155 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court hereby orders that the minute entry for the change-of-plea conference, held on December 19, 2018, and the minute entry for the sentencing, held on August 27, 2020, be unsealed.

SO ORDERED.

Dated: September 10, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge