```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   UNITED STATES OF AMERICA,                                  :
                                                              :
                                                              :
                                                              :
                  -v-                                         :
                                                              :
                                                              :
   MARCELINO HERNANDEZ,                                       :
                                                              :
                                    Defendant.                :
------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 3/26/2024 |

1:18-cr-155-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter for March 28, 2024, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge