

| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ERIC R. BRESLIN | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | PITTSBURGH |
| LOS ANGELES | E-MAIL: ERBreslin@duanemorris.com | NORTH JERSEY |
| BOSTON | | LAS VEGAS |
| HOUSTON | www.duanemorris.com | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

## MEMORANDUM ENDORSED

April 4, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2024
```

VIA ECF

Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re: <u>United States of America v. Marcelino Hernandez, Docket No. 1:18cr00155-1</u>

Dear Judge Woods:

  We are the attorneys for Marcelino Hernandez who was scheduled to appear before Your Honor this afternoon, but apparently is unwell and receiving medical treatment at the MDC.

  I have conferred with Mr. Ross, counsel for the government and we agree that a short adjournment request to the Court would be appropriate in these circumstances. Both Mr. Ross and I are available on either April 15th or 16th.

  We appreciate the Court's consideration.

Application granted. The conference scheduled in this matter for April 4, 2024 is adjourned to April 16, 2024 at 11:00 a.m.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 33.

SO ORDERED.

Dated: April 4, 2024
New York, New York

Respectfully submitted,

/s/ Eric R. Breslin
Eric R. Breslin

_____
GREGORY H. WOODS
United States District Judge

DUANE MORRIS LLP *A DELAWARE LIMITED LIABILITY PARTNERSHIP*  DAVID A. SUSSMAN, RESIDENT PARTNER

200 CAMPUS DRIVE, SUITE 300  PHONE: +1 973 424 2000 FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007