UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,       :

                                       :

          -against-         :

                                       :

MARCELINO HERNANDEZ,       :           1:18-cr-155-GHW

                                       :

                Defendant.   :            ORDER
-----------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 7/22/2024 |

GREGORY H. WOODS, United States District Judge:

The conference previously scheduled for July 22, 2024, at 11:00 a.m. is rescheduled. The conference will take place on August 7, 2024 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 39.

SO ORDERED.

Dated: July 22, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge