

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMORANDUM ENDORSED

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2024
```

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
New York, New York 10007

      **Re:** *United States v. Marcelino Hernandez*, 18 Cr. 155 (GHW)

Dear Judge Woods:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/
Nicholas Folly
Assistant United States Attorney
Tel.: (212) 637-1060

---

Application granted. The Clerk of Court is directed to terminate Mr. Nicholas Folly from the list of active counsel in this case and to terminate the motion pending at Dkt. No. 47.

SO ORDERED.
Dated: October 15, 2024

GREGORY H. WOODS
United States District Judge