UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

              -against-

   MARCELINO HERNANDEZ,

                         Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2025

1:18-cr-155-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The conference currently scheduled for July 9, 2025 at 1:00 p.m. is rescheduled. The conference will take place on July 18, 2025 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated: July 9, 2025
New York, New York

                                                _____
                                                 GREGORY H. WOODS
                                                United States District Judge